# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, 9TH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 630-3739

JAMES WYDA
FEDERAL PUBLIC DEFENDER

JONATHAN HETTLEMAN
ASSISTANT FEDERAL PUBLIC DEFENDER

May 20, 2025

The Honorable Lydia Kay Griggsby
U.S. District Court
101 W. Lombard Street
Baltimore, MD 21201

Re:   *United States v. Yuri Levchuk*
      Criminal Case No. LKG-23-184

Dear Judge Griggsby:

The defense and the government's "Designated AUSA" (collectively, the "Parties") write jointly in response to the Court's May 16, 2025 order, ECF No. 65, directing the Parties to provide a joint status report proposing a briefing schedule for Mr. Levchuk's motion to authorize disclosure, ECF No. 53. The Parties respectfully request the following briefing schedule:

**Government's Response:**       May 30, 2025

**Mr. Levchuk's Reply:**         June 6, 2025

The Parties jointly request that the Court provide a ruling on the motion as expeditiously as possible since the resolution of the motion may significantly affect Mr. Levchuk's ability to prepare for trial.

The Parties appreciate the Court's attention to this matter. A proposed order is attached for the Court's convenience.

Respectfully submitted,

_____/s/_____
Jonathan Hettleman
Assistant Federal Public Defender

Jonathan Kravis
Daniel Kane

                                                    Esthena Barlow
                                                  Munger, Tolles & Olson

cc:     Colleen McGuinn, Assistant United States Attorney