IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-23-0184 |
| | * | |
| YURI LEVCHUK, | * | |
| | * | |
| Defendant. | * | |

*******

**PARTIES' JOINT STATUS REPORT AND PROPOSED PRETRIAL SCHEDULE**

The United States of America, by and through its undersigned attorneys, hereby submits this Joint Status Report and Proposed Pretrial Schedule, and states as follows:

1. On May 18, 2023, a federal grand jury in the District of Maryland returned an Indictment charging the Defendant with one count of theft of trade secrets in violation of 18 U.S.C. § 1832(a)(1) and one count of unauthorized possession of trade secrets in violation of 18 U.S.C. § 1832(a)(3). The Defendant had his initial appearance and arraignment on May 19, 2023, and he is on release under pretrial supervision pending trial.

2. The Court has granted a number of consent motions to exclude time pursuant to the Speedy Trial Act, which have collectively resulted in the exclusion of the period of time between May 19, 2023, and July 5, 2025. ECF 15, 21, 25, 29, 34, 36, 40, 46, 48, 57. Pending before the Court is a consent motion to continue to toll the speedy trial clock through the trial date of May 4, 2026. ECF 75.

3. On May 16, 2025, the court held a telephonic status conference with the parties. ECF 66. In consultation with the parties, the court set in a trial date of May 4, 2026, and a pretrial status conference and hearing on motions *in limine* on May 1, 2026 at 2:00 p.m. The Court also

1

set a deadline of July 7, 2025 for the parties to file Joint Status Report proposing a schedule for the briefing of pre-trial motions and motions *in limine*.  ECF 65.

    4.    The parties have conferred and agreed upon the following pretrial schedule:

- Deadline for Pretrial Motions—**Oct. 31, 2025**
- Deadline for Expert Disclosures—**Nov. 14, 2025** (contingent on the timing and substance of the court's resolution of the pending dispute over whether the defense can show protected discovery to the expert they have retained, *see* ECF 53)
- Deadline for Responses to Pretrial Motions—**Nov. 28, 2025**
- Deadline for Replies to Pretrial Motions—**Dec. 19, 2025**
- Hearing on Pretrial Motions—**to be determined in consultation with the Court**
- Deadline for Motions *in Limine*—**Feb. 27, 2026**
- Deadline for Responses to Motions *in Limine*—**Mar. 20, 2026**
- Deadline for Replies to Motions *in Limine*—**Mar. 27, 2026**
- Deadline for Voir Dire/Verdict Sheet/Jury Instructions—**Apr. 20, 2026**
- Pretrial Status Conference and Hearing on Motions *in Limine*—**May 1, 2026** (previously selected by the Court)

    5.    Counsel for the Defendant consent to this status report and proposed scheduling order.

WHEREFORE, the parties respectfully request that this Court enter an order setting in the proposed pretrial schedule.  A proposed order is attached for the Court's consideration.

Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

        _____/s/_____
        Christina A. Hoffman
        Joseph R. Baldwin
        Assistant United States Attorneys

        Nicholas Hunter
        Trial Attorney, National Security Division


        FILED VIA ECF-MD