IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No. LKG-23-184 |
| YURI LEVCHUK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO CONTINUE PRE-TRIAL MOTIONS AND EXPERT DISCLOSURE DEADLINES

Yuri Levchuk, by and through undersigned counsel, hereby moves this Court for an order continuing the pre-trial motions and expert disclosure deadlines. The parties do not seek to alter the trial date, or any of the other pre-trial deadlines set forth in the Amended Pre-Trial Scheduling Order. ECF No. 77. The government joins this motion. In support of the motion, Mr. Levchuk states as follows:

1. On May 18, 2023, a federal grand jury in the District of Maryland returned an Indictment charging Mr. Levchuk with one count of theft of trade secrets in violation of 18 U.S.C. § 1832(a)(1) and one count of unauthorized possession of trade secrets in violation of 18 U.S.C. § 1832(a)(3). Mr. Levchuk had his initial appearance and arraignment on May 19, 2023, and he is on release under pretrial supervision pending trial.

2. On July 10, 2025, the Court entered an Amended Pre-Trial Scheduling Order that scheduled a 4-week trial to begin on May 4, 2026. ECF No. 77. Among other deadlines, that scheduling order set a pre-trial motions deadline on October 31, 2025, and a deadline for expert disclosures on November 14, 2025. *Id.* Responses to any pretrial motions are currently due November 28, 2025, and replies are due December 19, 2025. *Id.*

3.  The parties have been working together to discuss the potential of resolving this case short of trial. The parties believe it will be helpful to pursue those discussions further before filing pre-trial motions or exchanging expert disclosures.

4.  Accordingly, the parties respectfully request that the October 31, 2025 pre-trial motions deadline and the November 14, 2025 expert disclosure deadline be extended until January 6, 2026. The parties also request that the response deadline be extended until February 3, 2026, and that the reply deadline be extended until February 24, 2026. The parties request that all other pre-trial deadlines—including the May 4, 2026 trial date—remain unchanged.

5.  Undersigned counsel has conferred with counsel for the government, who consents to the relief sought in this motion.

**WHEREFORE**, Mr. Levchuk respectfully requests that the Court enter an order extending the pre-trial motions deadline and the expert disclosure deadline until January 6, 2026. The parties also request that the response deadline be extended until February 3, 2026, and that the reply deadline be extended until February 24, 2026.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the District
of Maryland

_____/s/_____
Jonathan Hettleman
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
(410) 962-3962 (phone)
(410) 962-0872 (fax)
jonathan_hettleman@fd.org